1  **ALLACCESS LAW GROUP**
   Irene Karbelashvili, State Bar Number 232223
2  irene@allaccesslawgroup.com
   Irakli Karbelashvili, State Bar Number 302971
3  irakli@allaccesslawgroup.com
4  12 South First Street, Suite 413
   San Jose, CA 95113
5  Telephone: (408) 295-0137
   Fax: (408) 295-0142
6
7  Attorneys for GUSTAVO RUBIO, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUSTAVO RUBIO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HUBERTO ACEVEDO, et al.<br><br>　　　　　　Defendants. | Case No. 17-cv-07379-NC<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff GUSTAVO RUBIO ("Plaintiff") and Defendants HUBERTO ACEVEDO, an individual, and LETICIA HERNANDEZ ACEVEDO, an individual, collectively d/b/a THE HILL BAR & GRILL; DAVID J. SCOFFONE, in his individual and representative capacity as Trustee of the SCOFFONE SEPARATE PROPERTY TRUST (collectively, "Defendants"), that this action be dismissed with prejudice. Each side is to bear his/her own attorneys' fees, costs, and litigation expenses. The parties further stipulate and request that the Court retain jurisdiction over enforcement of the terms of the GENERAL RELEASE AND SETTLEMENT AGREEMENT

executed by the parties and approved by their respective counsel.

Respectfully submitted,

Dated: July 31, 2018
            */s/ Irakli Karbelashvili*
            Irakli Karbelashvili, Attorney for Plaintiff RACHELLE RIDOLA

Dated: July 31, 2018
            */s/ Joseph Kafka*
            Joseph Kafka, Attorney for Defendants HUBERTO ACEVEDO, an individual, and LETICIA HERNANDEZ ACEVEDO, an individual, collectively d/b/a THE HILL BAR & GRILL; DAVID J. SCOFFONE, in his individual and representative capacity as Trustee of the SCOFFONE SEPARATE PROPERTY TRUST

### **Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received the concurrence of Joseph Kafka, Esq. in the filing of this document.

                    /s/
                    Irakli Karbelashvili

**ORDER**

Having reviewed the above stipulation, and good cause having been shown, this action is hereby dismissed with prejudice with each side bearing his/her own attorneys' fees, costs, and litigation expenses. The court retains jurisdiction over enforcement of the terms of GENERAL RELEASE AND SETTLEMENT AGREEMENT in accordance with the provisions of General Order 56.

**IT IS SO ORDERED.**

Dated: July 31, 2018



STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE

3